BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>JONATHAN GARCIA<br><br>               Defendant. | CASE NO. 2:13-CR-205-MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME |

**STIPULATION**

   Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for status on October 3, 2013.

   2. By this stipulation, the government now moves to continue the status conference until October 24, 2013, at 9:00 a.m., and to exclude time to October 24, 2013, under Local Code T4. Defendant does not oppose this request.

   3. The parties agree and stipulate, and request that the Court find the following:

      a. Counsel for the defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and

1

copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

b. Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 3, 2013, to October 24, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 2, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                            /s/ Christiaan H. Highsmith
                                           CHRISTIAAN H. HIGHSMITH
                                           Assistant United States Attorney


                                            /s/ Christiaan H. Highsmith for
                                           TIM F. TUITAVUKI
                                           Attorney for Defendant

**O R D E R**

The status conference currently set for October 3, 2013, is vacated and continued to October 24, 2013, at 9 a.m. in Courtroom 7. The time period between October 3, 2013, and October 24, 2013, is excluded under Local Code T4 for the reasons stated in the parties' stipulation. The Court finds that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO ORDERED.

Dated: October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT