TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Jonathan Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-cr-00205-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| Jonathan Garcia, | |
| Defendants. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on February 27, 2014.

2.  By this stipulation, the defendant now moves to continue the status conference until March 27, 2014, and to exclude time between February 27, 2014 to March, 27 2014, under Local Code T4. Plaintiff does not oppose this request.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.  Counsel for the defendant desires additional time to consult with his client, to review the current charges and to discuss the potential resolution with his client.

    b.  Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

c. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 27, 2014, to March 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 21, 2014                          BENJAMIN WAGNER
                                                  U.S. ATTORNEY

                                            by:   _/s/(Auth. 2/21/14)_____
                                                  CHRISTIAAN HIGHSMITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: February 21, 2014		by:	__/s/ 2/21/14_____
					TIM F. TUITAVUKI
					Attorney for Jonathan Garcia

**ORDER**

IT IS SO ORDERED.

Dated:  February 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT