TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Jonathan Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>      v.                            )<br>                                    )<br> Jonathan Garcia,                   )<br>                                    )<br>              Defendants.           ) | CASE NO.  2:13-cr-00205-MCE<br><br>STIPULATION AND ORDER TO RESET DATE FOR JUDGMENT AND SENTENCING |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on October 24, 2014. The parties hereby request that Judgment and Sentence be reset to November 6, 2014. The final PSR has already been filed and disclosed.  This schedule has been discussed with the assigned United States Probation Officer, and he is prepared to adjust the schedule accordingly.

///

///

///

///

IT IS SO STIPULATED.

Dated: October 21, 2014                           BENJAMIN WAGNER
                                                  U.S. ATTORNEY

                                        by:      _/s/(Auth. 10/21/14)_____
                                                  CHRISTIAAN HIGHSMITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: October 21, 2014                 by:      __/s/ 10/21/14_____
                                                  TIM F. TUITAVUKI
                                                  Attorney for Jonathan Garcia

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  October 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT