TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

Attorney for Defendant
Jonathan Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:13-cr-00205-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO RESET DATE FOR |
| v. ) | JUDGMENT AND SENTENCING |
| ) | |
| Jonathan Garcia, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

By prior order this matter was set for entry of Judgment and Sentence on November 6, 2014. The parties hereby request that Judgment and Sentence be reset to December 18, 2014. The final PSR has already been filed and disclosed.  This schedule has been discussed with the assigned United States Probation Officer, and he is prepared to adjust the schedule accordingly.

///

///

///

///

IT IS SO STIPULATED.

Dated: November 5, 2014                         BENJAMIN WAGNER
                                                  U.S. ATTORNEY

                                  by:    /s/(Auth. 11/5/14)
                                                  CHRISTIAAN HIGHSMITH
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

Dated: November 5, 2014              by:    /s/ 11/5/14
                                                  TIM F. TUITAVUKI
                                                  Attorney for Jonathan Garcia

**O R D E R**

      IT IS SO ORDERED.

Dated: November 6, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT